UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __20-16088__ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| __Todd Borowski__ | : | |

    The Court orders the defendant, _____Todd Borowski_____, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Submit to drug testing and treatment, as deemed necessary;

    (4) Other:

__/s/ Todd Borowski__                                                                                   9/17/20

DEFENDANT                                                                                                DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*/s/ Anthony R. Mautone*

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

9/17/20
DATE